UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM VASQUEZ,<br><br>                    Plaintiff,<br><br>       -against-<br><br>OFFICER PATRICK CULLEN (OF NYSDOCCS), et al.,<br><br>                    Defendants. | 20-CV-7931 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 9, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's (PLRA) "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless the allegations bring the complaint within the terms of the PLRA's "imminent danger" exception. *See id*.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 10, 2021
         New York, New York

                                                          *Louis L. Stanton*
                                                          ─────────────────
                                                          Louis L. Stanton
                                                          U.S.D.J.